UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: ETERON, INC | CASE NO: 18-45161 |
| | **DECLARATION OF MAILING** |
| | **CERTIFICATE OF SERVICE** |
| | Chapter: 11 |
| | ECF Docket Reference No. 45 |

On 5/7/2018, I did cause a copy of the following documents, described below,

Coversheet, Amended Schedules E/F, Statement of Financial Affairs ECF Docket Reference No. 45

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/7/2018

/s/ Ethan D. Dunn
Ethan D. Dunn  P69665

24725 W. 12 Mile Road
Southfield, MI  48034
248 246 1166
edunn@maxwelldunnlaw.com

| | |
|---|---|
| IN RE: ETERON, INC | CASE NO: 18-45161 |
| | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 11<br>ECF Docket Reference No. 45 |

On 5/7/2018, a copy of the following documents, described below,

Coversheet, Amended Schedules E/F, Statement of Financial Affairs ECF Docket Reference No. 45

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/7/2018

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Ethan D. Dunn

24725 W. 12 Mile Road
Southfield, MI 48034

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CASE INFO<br>LABEL MATRIX FOR LOCAL NOTICING<br>06452<br>CASE 18-45161-PJS<br>EASTERN DISTRICT OF MICHIGAN<br>DETROIT<br>MON MAY 7 09-25-42 EDT 2018 | AGD TRUCKING<br>4067 KIRKWAY CT<br>HOWELL MI 48843-5508 | ALLIED CONVEYOR SYSTEMS<br>PO BOX 1054<br>STATHAM GA 30666-0022 |
| AMERICAN DISCOUNT HEATING AND COOLING<br>29556 W 9 MILE RD<br>FARMINGTON MI 48336 | AMERIGAS PROPANE<br>460 N GULPH RD<br>KING OF PRUSSIA PA 19406-2815 | BANK OF AMERICA<br>100 N TRYON ST<br>CHARLOTTE NC 28202-4031 |
| BARR ENGINEERING CO<br>3005 BOARDWALK DR<br>ANN ARBOR MI 48108-5218 | BEDROCK LOGISITICS<br>2501 N HARWOOD ST<br>STE 2600<br>DALLAS TX 75201-1618 | BEDROCK LOGISTICS<br>2501 N HARWOOD ST<br>SUITE 2600<br>DALLAS TX 75201-1618 |
| BRIGHTHOUSE NETWORKS<br>14525 FARMINGTON RD<br>LIVONIA MI 48154-5432 | CZ CARTAGE<br>48735 GRAND RIVIER AVE<br>NOVI MI 48374-1247 | CELLUSUEDE<br>1515 ELMWOOD RD<br>ROCKFORD IL 61103-1213 |
| CITY OF FARMINGTON HILLS<br>31555 W 11 MILE RD<br>FARMINGTON HILLS MI 48336-1165 | KIMBERLY ROSS CLAYSON<br>CLAYSON SCHNEIDER MILLER PC<br>645 GRISWOLD<br>SUITE 3900<br>DETROIT MI 48226-4251 | CONSUMERS ENERGY<br>PO BOX 850309<br>CINCINNATI OH 45274-0001 |
| DTE ENERGY LEGAL DEPARTMENT<br>WCB 688<br>ONE ENERGY PLAZA<br>DETROIT MI 48226-1221 | DAN HAYDEN SALES AGENCY<br>28475 GREENFIELD RD STE 216<br>SOUTHFIELD MI 48076-3034 | ETHAN D DUNN<br>MAXWELL DUNN PLC<br>24725 W 12 MILE RD<br>SUITE 306<br>SOUTHFIELD MI 48034-8300 |
| ELIZABETH L MARTIN<br>1221 BOWERS ST<br>1448<br>BIRMINGHAM MI 48012-7056 | KEVIN ERSKINE<br>211 W FORT STREET<br>SUITE 2001<br>DETROIT MI 48226-3220 | DEBTOR<br>ETERON INC<br>23944 FREEWAY PARK DR<br>FARMINGTON MI 48335-2816 |
| EXPRESS SERVICES INC<br>9701 BOARDWALK BLVD<br>OKLAHOMA CITY OK 73162-6029 | FLOCK TEX INC<br>200 FOUNDERS DR<br>WOONSOCKET RI 02895-6193 | GRAINGER<br>100 GRAINGER PKWY<br>LAKE FOREST IL 60045-5202 |
| HUGH K LEONARD<br>5159 LAKESHORE DR<br>FORT GRATIOT MI 48059-3114 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JVIS USA LLC<br>52048 SHELBY PKWY<br>UTICA MI 48315-1787 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| RICHARD E KRUGER<br>27777 FRANKLIN ROAD<br>SUITE 2500<br>SOUTHFIELD MI 48034-8222 | DAVID A LERNER<br>38505 WOODWARD AVE<br>SUITE 2000<br>BLOOMFIELD HILLS MI 48304-5096 | MAC II ENTERPRISES<br>2959 NEBRASKA AVE<br>TOLEDO OH 43607-3124 |
| MICHIGAN DEPARTMENT OF TREASURY<br>COLLECTION DIVISION<br>PO BOX 30199<br>LANSING MI 48909-7699 | MICHIGAN DEPT OF ENVIROMENTAL QUALITY<br>CO MI DEPT OF ATTORNEY GENERAL<br>ENVIRONMENT NATURAL RESOURCES<br>AGRICULTURAL DIVISION<br>LANSING MI 48909 | MICHIGAN FIRE SPRINKLER<br>26109 GRAND RIVER<br>REDFORD MI 48240-1442 |
| MICHIGAN TESTING INSTITUTE INC<br>44249 PHOENIX DR<br>STERLING HEIGHTS MI 48314-1466 | NJT ENTERPRISES<br>42400 MERRILL RD<br>STERLING HEIGHTS MI 48314-3238 | NYATEX<br>2112 INDUSTRIAL DR<br>HOWELL MI 48843-2406 |
| NYATEX CHEMICAL COMPANY<br>CO JULIE BETH TEICHER ESQ<br>MADDIN HAUSER ROTH HELLER PC<br>28400 NORTHWESTERN HWY 2ND FLOOR<br>SOUTHFIELD MI 48034-1839 | OLD NATIONAL BANK<br>CO DAVID A LERNER ESQ<br>PLUNKETT COONEY<br>38505 WOODWARD AVE<br>SUITE 100<br>BLOOMFIELD HILLS MI 48304-5096 | OLD NATIONAL BANK<br>USFC 63<br>2723 S STATE ST<br>ANN ARBOR MI 48104-6188 |
| PIC GROUP LLC<br>CO DENNIS LOUGHLIN ESQ<br>WARNER NORCROSS JUDD LLP<br>2000 TOWN CENTER SUITE 2700<br>SOUTHFIELD MI 48075-1318 | PALL FILTER SPECIALISTS<br>100 ANCHOR RD<br>MICHIGAN CITY IN 46360-2802 | PROGRESSIVE<br>PO BOX 72470311<br>PHILADELPHIA PA 19170-0001 |
| RESEARCH DRIVE PROPERTIES<br>33540 SCHOOLCRAFT RD<br>LIVONIA MI 48150 | ROYAL PREMIUM<br>30833 NORTHWESTERN HWY<br>STE 220<br>FARMINGTON MI 48334-2582 | SERVICE TECHNICAL ASSOCIATES<br>3150 LIVERNOIS RD<br>TROY MI 48083-5031 |
| STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>PO BOX 30199<br>LANSING MI 48909-7699 | STATE OF MICHIGAN ATTORNEY GENERAL<br>CADILLAC PLACE 10TH FLOOR<br>3030 W GRAND BLVD<br>SUITE 10-200<br>DETROIT MI 48202-6030 | MICHELLE STEPHENSON<br>26100 AMERICAN DRIVE<br>SUITE 500<br>SOUTHFIELD MI 48034-6184 |
| STERLING COMMERCIAL CREDIT MICHIGAN LLC<br>10559 CITATION DRIVE SUITE 204<br>BRIGHTON MI 48116-8398 | STEVENSON BULLOCK PLC<br>ATTN MICHELLE M STEPHENSON<br>26100 AMERICAN DR STE 500<br>SOUTHFIELD MI 48034-6184 | JULIE BETH TEICHER<br>MADDIN HAUSER ROTH HELLER PC<br>28400 NORTHWESTERN HIGHWAY<br>SECOND FLOOR<br>SOUTHFIELD MI 48034-1839 |
| TRY HOURS INC<br>3640 BRIARFIELD BLVD<br>MAUMEE OH 43537-9505 | US ATTORNEYS OFFICE<br>211 W FORT ST<br>SUITE 2001<br>DETROIT MI 48226-3220 | UPS SUPPLY CHAIN SOLUTIONS<br>12380 MORRIS RD<br>ALPHARETTA GA 30005-4177 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA IRS<br>UNITED STATES ATTORNEY<br>211 W FORT STREET<br>SUITE 2001<br>DETROIT MI 48226-3220 | VAS<br>12294 HIGHVIEW SHORES<br>VICKSBURG MI 49097-8352 | WASTE MANAGEMENT OF MICHIGAN INC<br>DBA WASTE MANAGEMENT<br>48797 ALPHA DRIVE SUITE 100<br>WIXOM MI 48393-3452 |