UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Eteron, Inc.,

     Debtor.

Chapter 11
Case No.18-45161-pjs
Hon. Phillip J. Shefferly

_____/

## NYATEX CHEMICAL COMPANY'S MOTION FOR ALLOWANCE AND PAYMENT OF ITS 11 U.S.C. § 503(b)(9) CLAIM

Nyatex Chemical Company ("Nyatex"), by and through its undersigned attorneys, states its Motion For Allowance and Payment of its 11 U.S.C. § 503(b)(9) Claim as follows:

1.     This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (O).

2.     Venue is appropriate pursuant to 28 U.S.C. §§ 1408 and 1409.

3.     The statutory bases for the relief requested herein are Sections 105 and 503 of title 11 of the United States Code (the "Bankruptcy Code"),

4.     On April 9, 2018 (the "Petition Date") Eteron, Inc. filed its petition for relief under Chapter 11 of the Bankruptcy Code.

5.     The meeting of creditors was held May 8, 2018, which was the first date set for the meeting of creditors.

6.     No order was entered setting the deadline to file a motion for allowance of a claim under 11 U.S.C. §503(b)(9).  Therefore, the deadline for filing a motion for allowance of a claim under 11 U.S.C. §503(b)(9) is 90 days after the first date set for the meeting of creditors, being August 6, 2018. (LBR 3003-1)

7.     The Debtor operated its business as a debtor in possession pursuant to 11 U.S.C. §§ 1107(a) and 1108. The assets of the Debtor were sold pursuant to the *Order Approving Sale of Property of the Estate Outside of the Ordinary Course of Business Under 11 U.S.C. §363 Free and Clear of Liens and Interests with Liens and Interest to Transfer to Sale Proceeds* entered July 20, 2018 [Doc. No. 116].

8.     No Trustee has been appointed in this case.

### Section 503(b)(9) Claim

9.     Nyatex supplied specialty adhesive to the Debtor for use in manufacturing of automobile components.   As of the Petition Date, Nyatex was owed $100,182.09, $49,191.84 of which was supplied to the Debtors within 45 days of the Petition Date.  $38,435.04 of that amount constitutes a valid 503(b)(9) claim (the "503(b)(9) Claim"), as such product was supplied to the Debtor within 20 days of the Petition Date.

10.    On April 19, 2018, Nyatex served its Reclamation Notice and Demand on the Debtor (the "Reclamation Demand") identifying the individual

reclamation claim and 503(b)(9) claim (a "503(b)(9) Claim") attributable to the Debtor. (*See* **Exhibit A**, attached hereto.) On April 20, 2018, Notice (the "Notice") of the Reclamation Demand was filed in this proceeding [Doc. No. 36]. The Reclamation Demand and Notice are summarized below:

| 503(b)(9) Amount (20 days of Petition Date) | 21-45 days of Petition Date (546(c)) | Total Reclamation Amount |
|---|---|---|
| $38,435.04 | $10,756.80 | $49,191.84 |

11. The Reclamation Demand provides a summary of the invoices that make up the Reclamation and 503(b)(9) Claims by invoice date, invoice number, invoice amount, as well as copies of the relevant invoices.

12. Section 503(b)(9) of the Bankruptcy Code provides for the allowance of administrative expenses, after notice and a hearing, for "the value of any goods received by the debtor within 20 days before the date of commencement of a case under this title in which the goods have been sold to the debtor in the ordinary course of such debtor's business." 11 U.S.C. § 503(b)(9).

13. As evidenced by the Reclamation Demand and Notice, within 20 days before the Petition Date, Nyatex provided goods to the Debtor in the aggregate amount of $38,435.04 consisting of specialty adhesives (the "20 Day Goods"). The 20 Day Goods were sold to the Debtor in the ordinary course of Debtor's business and were received by the Debtor within 20 days prior to the Petition Date.

2182270 v1/13698.0001

3

Therefore, Nyatex is entitled to an administrative expense claim under 11 U.S.C. §503(b)(9) in the amount of $38,435.04.

## Relief Requested

WHEREFORE, Nyatex Chemical Company respectfully requests that this Court enter an order in the form attached as **Exhibit 1** allowing Nyatex an administrative expense claim pursuant to 11 U.S.C. § 503(b)(9) in the amount of $38,435.04, ordering the Debtor to pay said administrative expense claim within 7 business days of the date of entry of this order and granting such other relief as is appropriate in this matter.

Respectfully submitted,
MADDIN, HAUSER, ROTH & HELLER, P.C.

*/s/ Julie Beth Teicher*
JULIE BETH TEICHER (P34300)
Attorneys for Nyatex, LLC
28400 Northwestern Hwy, 2nd Floor
Southfield, MI 48034
(248) 354-4030
jteicher@maddinhauser.com

DATED:    August 2, 2018

# __EXHIBIT A__

**m a d d i n   h a u s e r**

**M a d d i n   H a u s e r   R o t h   &   H e l l e r   P C**
**a t t o r n e y s   a n d   c o u n s e l o r s**

JULIE BETH TEICHER
Direct Dial No: (248) 351-7059
Direct Fax No: (248) 359-7558
E-Mail: jteicher@maddinhauser.com

28400 Northwestern Highway   Second Floor   Southfield, MI 48034-1839   (248) 354-4030   fax (248) 354-1422   www.maddinhauser.com

April 19, 2018

**VIA FEDERAL EXPRESS**

John C. Kim, II
Eteron, Inc.
23944 Freeway Park Drive
Farmington Hills, MI 48335

Ethan D. Dunn
Maxwell Dunn PLC
24725 W. 12 Mile Road, Suite 306
Southfield, MI 48034
bankruptcy@maxwelldunnlaw.com

Kimberly Ross Clayson
Clayson, Schneider & Miller, P.C.
645 Griswold, Suite 3900
Detroit, MI 48226
kim@claysonschneidermiller.com

RE:   Eteron, Inc. ("Debtor")
Chapter 11 Case No. 18-45161

**RECLAMATION NOTICE AND DEMAND**

Dear Messrs. Kim and Dunn and Ms. Clayson:

This firm is counsel for Nyatex Chemical Company ("Nyatex").  On behalf of Nyatex, please take notice that pursuant to Section 546(c) of the United States Bankruptcy Code and Section 2-702 of the Uniform Commercial Code, Nyatex hereby demands immediate return and reclamation of all goods and products received by the above-reference Debtor pursuant to the enclosed invoices (See Exhibits A and B attached) in the amount of $49,191.84.  The reclamation demand is summarized as follows:

a.   **Goods Received Within 20 days of April 9, 2018**

| Invoice Date | Invoice Number | Amount |
|---|---|---|
| 03/21/2018 | 32946 | $8,460.72 |
| 03/26/2018 | 32954 | $10,756.80 |
| 03/28/2018 | 32955 | $8,460.72 |

| Invoice Date | Invoice Number | Amount |
|---|---|---|
| 04/02/2018 | 32967 | $7,171.20 |
| 04/05/2018 | 32974 | $3,585.60 |
| **TOTAL** | | **$38,435.04** |

### b.   <u>Goods Received Within 21 to 45 days of April 9, 2018</u>

| Invoice Date | Invoice Number | Amount |
|---|---|---|
| 03/19/2018 | 32937 | $10,756.80 |
| **TOTAL** | | **$10,756.80** |

### <u>TOTAL RECLAMATION CLAIM (A & B): $49,191.84</u>
### c.   <u>Section 503(b)(9) Claim</u>

In addition to the foregoing, Nyatex asserts and will assert an administrative claim pursuant to Bankruptcy Code Section 503(b)(9) for the value of goods Nyatex provided to the Debtor within the twenty (20) days immediately prior to the Petition Date of April 9, 2018 (the "Section 503(b)(9) Claim"). The amount of the Section 503(b)(9) Claim is $38,435.04.

### d.   <u>Post-petition Invoice</u>

Further, prior to being advised of the Chapter 11 filing, Nyatex supplied goods to the Debtor on April 9, 2018 (post-petition), pursuant to Invoice Number 32977 in the amount of $3,585.60, a copy of which is attached for your convenience as Exhibit C. It is expected that payment for the goods referenced on Exhibit C will be made according to its terms.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

MADDIN, HAUSER, ROTH & HELLER, P.C.

*Julie Beth Teicher*

Julie Beth Teicher

JBT/gs
Enclosures
cc:   Jason Hulbert
     William E. Sigler (i/o)

# **EXHIBIT A**



# Invoice

P.O. Box 124
2112 Industrial
Howell, MI 48843

| Date | Invoice # |
| --- | --- |
| 3/21/2018 | 32946 |

| Bill To | Ship To |
| --- | --- |
| Eteron Inc.<br>23944 Freeway Park Drive<br>Farmington, MI 48335 | Eteron Inc.<br>23944 Freeway Park Drive<br>Farmington, MI 48335 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
| --- | --- | --- | --- | --- | --- | --- |
| Verbal | 2%/NET20 | | 3/21/2018 | AGD | Howell, MI | |

| Quantity | Item Code | Description | Price Each | Amount |
| --- | --- | --- | --- | --- |
| ▬ | 20F1680-B<br>Lot Number(s) | Black Flock Adhesive, ( 54 Gal. Drums), sale unit: Gallon<br>038-14-28, 038-16-32 | ▬ | 7,171.20<br>0.00 |
| ▬ | 20F1341.<br>Lot Number(s) | Black Flock Adhesive, ( 54 Gal. Drums), sale unit: Gallon<br>038-14-29 | ▬ | 1,289.52<br>0.00 |

| | Total | $8,460.72 |
| --- | --- | --- |

ATTENTION SHIPPERS! FREIGHT CHARGES ARE PREPAID ON THIS BILL OF LADING UNLESS MARKED COLLECT:

# STRAIGHT BILL OF LADING

ORIGINAL - NOT NEGOTIABLE

Generated from DGIS Forms by Labelmaster using 49 CFR.

Shipper No. 32946

Carrier No. _____

Page 1 of 1 _____

AGD

Date 03/2?/2018

(Name of carrier) _____ ( SCAC.)

On Called on Delivery shipments, the letters "COD" must appear before consignee's name or at otherwise provided in Item 430, Sec. 1.

**TO:**

Consignee    Eteron

Street    23944 Freeway Park Drive

City, State, Zip Code    Farmington, MI, 48335, U.S.A.

**FROM:**

Shipper    Nyatex Chemical Comapany

Street    2112 Industrial

City, State, Zip Code    Howell, MI, 48843, U.S.A.

Emergency Contact Name    Nyatex Chemical Company

24 hr. Emergency Contact Tel. No.    (800)535-5053

| Route | | | | | | Vehicle Number | |
|---|---|---|---|---|---|---|---|
| No. of Units & Container Type | HM | BASIC DESCRIPTION<br>UN or NA Number, Proper Shipping Name, Hazard Class, Packing Group | TOTAL QUANTITY<br>(Weight, Volume, Gallons, etc.) | WEIGHT<br>(Subject to Correction) | RATE | CHARGES<br>(For Carrier Use Only) | |
| 6 Drums | | Compound Adhesive, NOI, Liquid | 324 gal | 2970 lbs | 60 | | |
| 2 Pallet | | Containing 6 Drums | | 116 lbs | | | |
| | | Total Weight including Pallets | | 3086 lbs | | | |

**PLACARDS TENDERED:**    YES ____    NO X

REMIT C.O.D.
TO: ADDRESS

Note - (1) Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property, as follows: "The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ____ per ____.

(2) Where the applicable tariff provisions specify a limitation of the carrier's liability absent a release or a value declaration by the shipper and the shipper does not release the carrier's liability or declare a value, the carrier's liability shall be limited to the extent provided in the carrier's tariff provisions. See NMFC Item 172.

(3) Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation. See Section 2(e) of Item 360, Bills of Lading, Freight Bills and Statements of Charges and Section 1(a) of the Contract Terms and Conditions for a list of such articles.

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

COD    Amt: $

_____ Signature

C.O.D. FEE:
PREPAID ☐
COLLECT ☐    $

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of Consignor)

TOTAL CHARGES $

FREIGHT CHARGES
FREIGHT PREPAID except when box at right is checked    Check box if charges are to be collect ☑

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to

destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | Nyatex Chemical Comapany | CARRIER | AGD |
|---|---|---|---|
| PER | | PER | AGD #816 |
| | | DATE 03/2?/2018 | 5-22-18 |

Permanent post-office address of shipper.



# Invoice

P.O. Box 124
2112 Industrial
Howell, MI 48843

| Date | Invoice # |
|------|-----------|
| 3/26/2018 | 32954 |

| Bill To | Ship To |
|---------|---------|
| Eteron Inc.<br>23944 Freeway Park Drive<br>Farmington, MI 48335 | Eteron Inc.<br>23944 Freeway Park Drive<br>Farmington, MI 48335 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| Verbal | 2%/NET20 | | 3/26/2018 | AGD | Howell, MI | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| ■ | 20F1680-B<br>Lot Number(s)<br>038-16-32, 038-21-49 | Black Flock Adhesive, ( 54 Gal. Drums), sale unit: Gallon | ■ | 10,756.80<br>0.00 |

| | Total | $10,756.80 |
|--|-------|------------|

ATTENTION SHIPPERS! FREIGHT CHARGES ARE PREPAID ON THIS BILL OF LADING UNLESS MARKED COLLECT.

# STRAIGHT BILL OF LADING

ORIGINAL - NOT NEGOTIABLE

Generated from DGIS Forms by Labelmaster using 49 CFR

Shipper No. 32954

Carrier No.

Page 1 of 1

AGD

Date 03/26/2018

(Name of carrier)          ( SCAC )

'On Collect on Delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

TO:

Consignee        Eteron

Street           23944 Freeway Park Drive

City, State, Zip Code    Farmington, MI, 48335, U.S.A.

FROM:
Shipper          Nyatex Chemical Comapany
Street           2112 Industrial

City, State, Zip Code    Howell, MI, 48843, U.S.A.

Emergency Contact Name    Nyatex Chemical Company

24 hr. Emergency Contact Tel. No.    (800)535-5053

| Route | | | | | Vehicle Number | |
|---|---|---|---|---|---|---|

| No. of Units & Container Type | HM | BASIC DESCRIPTION UN or NA Number, Proper Shipping Name, Hazard Class, Packing Group | TOTAL QUANTITY (Weight, Volume, Gallons, etc.) | WEIGHT (Subject to Correction) | RATE | CHARGES (For Carrier Use Only) |
|---|---|---|---|---|---|---|
| 6 Drums | | Compound Adhesive, NOI, Liquid | 324 gal | 2970 lbs | 60 | |
| 2 Pallet | | Containing 6 Drums | | 116 lbs | | |
| | | Total Weight Including Pallets | | 3086 lbs | | |

PLACARDS TENDERED:     YES ____   NO __X__

REMIT C.O.D.
TO: ADDRESS

Note - (1) Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property, as follows: 'The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____.'

(2) Where the applicable tariff provisions specify a limitation of the carrier's liability absent a release or a value declaration by the shipper and the shipper does not release the carrier's liability or declare a value, the carrier's liability shall be limited to the extent provided in such provisions. See NMFC Item 172.

(3) Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation. See Section 2(e) of Item 360, Bill of Lading, Freight Bills and Statements of Charges and Section 1(a) of the Contract Terms and Conditions for a list of such articles.

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name and are classified, packaged, marked and labelled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

_____ Signature

COD    Amt: $

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of Consignor)

C.O.D FEE:
PREPAID ☐
COLLECT ☐        $

TOTAL CHARGES $

FREIGHT CHARGES
FREIGHT PREPAID except    Check box if charges
when box at right is checked    are to be collect ☑

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all of any portion of said route to

destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the Bill of lading terms and conditions in the governing classification on the date of shipment. Shipper hereby certifies that he is familiar with all the Bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | Nyatex Chemical Comapany | CARRIER AGD    Licia Bruce |
|---|---|---|
| PER | | PER    AGD Von 16 |
| | | DATE 03/28/2018    3-26-2018 |

Permanent post-office address of shipper.

 NYATEX
ADHESIVE AND CHEMICAL COMPANY

# Invoice

P.O. Box 124
2112 Industrial
Howell, MI 48843

| Date | Invoice # |
|------|-----------|
| 3/28/2018 | 32955 |

| Bill To |
|---------|
| Eteron Inc.<br>23944 Freeway Park Drive<br>Farmington, MI 48335 |

| Ship To |
|---------|
| Eteron Inc.<br>23944 Freeway Park Drive<br>Farmington, MI 48335 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| Verbal | 2%/NET20 | | 3/28/2018 | AGD | Howell, MI | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| █ | 20F1680-B<br>Lot Number(s) | Black Flock Adhesive, ( 54 Gal. Drums), sale unit: Gallon<br>038-21-49 | █ | 7,171.20<br>0.00 |
| █ | 20F1341.<br>Lot Number(s) | Black Flock Adhesive, ( 54 Gal. Drums), sale unit: Gallon<br>038-27-55 | █ | 1,289.52<br>0.00 |

| | **Total** | **$8,460.72** |
|---|---|---|

# STRAIGHT BILL OF LADING

ORIGINAL - NOT NEGOTIABLE

Generated from DGIS Forms by Labelmaster using 49 CFR

Shipper No. 32955

Carrier No. _____

Page 1 of 1 _____

AGD

Date 03/28/2018

(Name of carrier)          ( SCAC )

On Collect on Consigned shipments, the letters "COD" must appear before consignee's name or as otherwise provided at Item 430, Sec. 1.

| TO: | | FROM:<br>Shipper | Nyatex Chemical Comapany |
|---|---|---|---|
| Consignee | Eteron | Street | 2112 Industrial |
| Street | 23944 Freeway Park Drive | City, State, Zip Code | Howell, MI, 48843, U.S.A. |
| City, State, Zip Code | Farmington, MI, 48335, U.S.A. | Emergency Contact Name | Nyatex Chemical Company |
| | | 24 hr. Emergency Contact Tel. No. | (800)535-5053 |

| Route | | | | | | Vehicle<br>Number | |
|---|---|---|---|---|---|---|---|
| No. of Units &<br>Container Type | HM | BASIC DESCRIPTION<br>UN or NA Number, Proper Shipping Name, Hazard Class, Packing Group. | TOTAL QUANTITY<br>(Weight, Volume,<br>Gallons, etc.) | WEIGHT<br>(Subject to<br>Correction) | RATE | CHARGES<br>(For Carrier<br>Use Only) | |
| 6 Drums | | Compound Adhesive, NOI, Liquid | 324 gal | 2970 lbs | 60 | | |
| 2 Pallet | | Containing 6 Drums | | 116 lbs | | | |
| | | Total Weight including Pallets | | 3086 lbs | | | |

PLACARDS TENDERED:    YES _____ NO __X__

REMIT C.O.D.
TO: ADDRESS

Note - (1) Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property, as follows: "The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____ .

(2) Where the applicable tariff provisions specify a limitation of the carrier's liability absent a release or a value declaration by the shipper and the shipper does not release the carrier's liability or declare a value, the carrier's liability shall be limited to the extent provided by such provisions. See NMFC Item 172.

(3) Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation. See Section 2(e) of Item 360, Bills of Lading, Freight Bills and Statements of Charges and Section 1(c) of the Contract Terms and Conditions for a list of such articles.

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

_____ Signature

| COD    Amt: $ | C.O.D FEE: |
|---|---|
| | PREPAID ☐ |
| | COLLECT ☐ $ |

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

TOTAL CHARGES $

FREIGHT CHARGES
FREIGHT PREPAID except when box at right is checked. ☐ Check box if charges are to be collect

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all of any portion of said route to

destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment. Shipper hereby certifies that he is familiar with all the lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | Nyatex Chemical Comapany | CARRIER | AGD |
|---|---|---|---|
| PER | | PER | |
| | | DATE | 03/28/2018 |

Permanent post-office address of shipper.



# Invoice

P.O. Box 124
2112 Industrial
Howell, MI 48843

| Date | Invoice # |
|------|-----------|
| 4/2/2018 | 32967 |

| Bill To |
|---------|
| Eteron Inc.<br>23944 Freeway Park Drive<br>Farmington, MI 48335 |

| Ship To |
|---------|
| Eteron Inc.<br>23944 Freeway Park Drive<br>Farmington, MI 48335 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| Verbal | 2%/NET20 | | 4/2/2018 | AGD | Howell, MI | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| ▬ | 20F1680-B<br>Lot Number(s)<br>038-28-58 | Black Flock Adhesive, ( 54 Gal. Drums), sale unit: Gallon | ▬ | 7,171.20<br>0.00 |

| | Total | $7,171.20 |
|--|-------|-----------|

ATTENTION SHIPPERS! FREIGHT CHARGES ARE PREPAID ON THIS BILL OF LADING UNLESS MARKED COLLECT.

# STRAIGHT BILL OF LADING

ORIGINAL - NOT NEGOTIABLE

Generated from DGIS Forms by Labelmaster using 49 CFR

Shipper No. 32967

Carrier No. _____

Page 1 of 1 _____

AGD

(Name of carrier)         ( SCAC )

Date 04/02/2018

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in item 430, Sec. 1.

TO:

| | |
|---|---|
| Consignee | Eteron |
| Street | 23944 Freeway Park Drive |
| City, State, Zip Code | Farmington, MI, 48335, U.S.A. |

FROM:
Shipper   Nyatex Chemical Comapany

Street    2112 Industrial

City, State, Zip Code   Howell, MI, 48843, U.S.A.

Emergency Contact Name

24 hr. Emergency Contact Tel. No.

| Route | | | | Vehicle Number | |
|---|---|---|---|---|---|

| No. of Units & Container Type | HM | BASIC DESCRIPTION UN or NA Number, Proper Shipping Name, Hazard Class, Packing Group | TOTAL QUANTITY (Weight, Volume, Gallons, etc.) | WEIGHT (Subject to Correction) | RATE | CHARGES (For Carrier Use Only) |
|---|---|---|---|---|---|---|
| 4 Drums | | Compound Adhesive, NOI, Liquid | 216 gal | 1980 lbs | 60 | |
| 1 Pallet | | Containing 4 Drum | | 58 lbs | | |
| | | Total Weight including Pallets | | 2038 lbs | | |

PLACARDS TENDERED:     YES ____    NO  X

REMIT C.O.D.
TO: ADDRESS

Note - (1) Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property, as follows: "The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____.

(2) Where the applicable tariff provisions specify a limitation of the carrier's liability, absent a release or a value declaration by the shipper and the shipper does not release the carrier's liability or declare a value, the carrier's liability shall be limited to the extent provided for such provisions. See NMFC item 172.

(3) Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation. See Section 2(e) of item 360, Bills of Lading, Freight Bills and Statements of Charges and Section 1(a) of the Contract Terms and Conditions for a list of such articles.

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

COD    Amt: $

_____ Signature

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of Consignor)

C.O.D. FEE:

PREPAID ☐    COLLECT ☐    $ _____

TOTAL CHARGES $ _____

FREIGHT CHARGES
FREIGHT PREPAID except when box at right is checked   ☑ Check box if charges are to be collect

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to

destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | Nyatex Chemical Comapany | CARRIER  AGD  #016 |
|---|---|---|
| PER | | PER |
| | | DATE 04/02/2018   4-2-18 |

Permanent post-office address of shipper.


ADHESIVE AND CHEMICAL COMPANY

# Invoice

P.O. Box 124
2112 Industrial
Howell, MI 48843

| Date | Invoice # |
|------|-----------|
| 4/5/2018 | 32974 |

**Bill To**

Eteron Inc.
23944 Freeway Park Drive
Farmington, MI 48335

**Ship To**

Eteron Inc.
23944 Freeway Park Drive
Farmington, MI 48335

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| Verbal | 2%/NET20 | | 4/5/2018 | AGD | Howell, MI | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| ▬ | 20F1680-B Lot Number(s) 038-28-58 | Black Flock Adhesive, ( 54 Gal. Drums), sale unit: Gallon | ▬ | 3,585.60 0.00 |

| | **Total** | $3,585.60 |
|--|-----------|-----------|

ATTENTION SHIPPERS! FREIGHT CHARGES ARE PREPAID ON THIS BILL OF LADING UNLESS MARKED COLLECT.

# STRAIGHT BILL OF LADING

ORIGINAL - NOT NEGOTIABLE

Generated from DGIS Forms by Labelmaster using 49 CFR

Shipper No. 32974

Carrier No. _____

Page 1 of 1 _____

AGD

Date 04/05/2018

(Name of carrier)          ( SCAC )

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

TO:

Consignee    Eteron

Street    23944 Freeway Park Drive

City, State, Zip Code    Farmington, MI, 48335, U.S.A.

FROM:
Shipper    Nyatex Chemical Comapany
Street    2112 Industrial

City, State, Zip Code    Howell, MI, 48843, U.S.A.

Emergency Contact Name    Nyatex Chemical Company

24 hr. Emergency Contact Tel. No.    (800)535-5053

Route

Vehicle Number

| No. of Units & Container Type | HM | BASIC DESCRIPTION UN or NA Number, Proper Shipping Name, Hazard Class, Packing Group | TOTAL QUANTITY (Weight, Volume, Gallons, etc.) | WEIGHT (Subject to Correction) | RATE | CHARGES (For Carrier Use Only) |
|---|---|---|---|---|---|---|
| 2 Drum | | Compound Adhesive, NOI, Liquid | 108 gal | 990lbs | 60 | |
| 1 Pallet | | Containing 2 Drums | | 58 lbs | | |
| | | Total Weight including Pallets | | 1048 lbs | | |

PLACARDS TENDERED:    YES _____    NO  X

REMIT C.O.D.
TO: ADDRESS

Note - (1) Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property, as follows: "The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____.

(2) Where the applicable tariff provisions specify a limitation of the carrier's liability absent a release or value declaration by the shipper and the shipper does not release the carrier's liability or declare a value, the carrier's liability shall be limited to the extent provided by such provisions. See NMFC Item 172.

(3) Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation. See Section 2(e) of item 360, Bills of Lading, Freight Bills and Statements of Charges and Section 1(n) of the Contract Terms and Conditions for a list of such articles.

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations

_____ Signature

COD    Amt: $

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of Consignor)

C.O.D FEE:
PREPAID $
COLLECT

TOTAL CHARGES $

FREIGHT CHARGES
FREIGHT PREPAID except
when box at right is checked    Check box if charges
are to be collect

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all of any portion of said route to

destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | Nyatex Chemical Comapany | CARRIER | AGD |
|---|---|---|---|
| PER | | PER | |
| | | DATE | 04/05/2018 |

Permanent post-office address of shipper.

# **EXHIBIT B**



# Invoice

P.O. Box 124
2112 Industrial
Howell, MI 48843

| Date | Invoice # |
|------|-----------|
| 3/19/2018 | 32937 |

| Bill To |
|---------|
| Eteron Inc.<br>23944 Freeway Park Drive<br>Farmington, MI 48335 |

| Ship To |
|---------|
| Eteron Inc.<br>23944 Freeway Park Drive<br>Farmington, MI 48335 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| Verbal | 2%/NET20 | | 3/19/2018 | AGD | Howell, MI | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| ▆ | 20F1680-B<br>Lot Number(s)<br>038-14-28 | Black Flock Adhesive, ( 54 Gal. Drums), sale unit: Gallon | ▆ | 10,756.80<br>0.00 |

| | Total | $10,756.80 |
|---|-------|-----------|

ATTENTION SHIPPERS! FREIGHT CHARGES ARE PREPAID ON THIS BILL OF LADING UNLESS MARKED COLLECT.

# STRAIGHT BILL OF LADING

ORIGINAL - NOT NEGOTIABLE

Generated from DGIS Forms by Labelmaster using 49 CFR

Shipper No. 32937

Carrier No. _____

Page 1 of 1 _____

AGD

Date 03/19/2018

(Name of carrier)        ( SCAC )

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

| TO: | | FROM: | |
|---|---|---|---|
| Consignee | Eteron | Shipper | Nyatex Chemical Comapany |
| | | Street | 2112 Industrial |
| Street | 23944 Freeway Park Drive | | |
| | | City, State, Zip Code | Howell, MI, 48843, U.S.A. |
| City, State, Zip Code | Farmington, MI, 48335, U.S.A. | Emergency Contact Name | Nyatex Chemical Company |
| | | 24 hr. Emergency Contact Tel. No. | (800)535-5053 |

Route

Vehicle Number

| No. of Units & Container Type | HM | BASIC DESCRIPTION UN or NA Number, Proper Shipping Name, Hazard Class, Packing Group | TOTAL QUANTITY (Weight, Volume, Gallons, etc.) | WEIGHT (Subject to Correction) | RATE | CHARGES (For Carrier Use Only) |
|---|---|---|---|---|---|---|
| 6 Drums | | Compound Adhesive, NOI, Liquid | 324 gal | 2970 lbs | 60 | |
| 2 Pallet | | Containing 6 Drums | | 116 lbs | | |
| | | Total Weight including Pallets | | 3086 lbs | | |

PLACARDS TENDERED:        YES ____   NO   X

REMIT C.O.D. TO: ADDRESS

Note - (1) Where the rate is dependant on value, shippers are required to state specifically in writing the agreed or declared value of the property, as follows: "The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____ .

(2) Where the applicable tariff provisions specify a limitation of the carrier's liability absent a release or a value declaration by the shipper and the shipper does not release the carrier's liability or declare a value, the carrier's liability shall be limited to the extent provided by such provisions. See NMFC Item 172.

(3) Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation. See Section 2(e) of Item 360, Bills of Lading, Freight Bills and Statements of Charges and Section 1(a) of the Contract Terms and Conditions for a list of such articles.

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

Signature ____

COD   Amt: $ ____

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

O.O.D FEE:

PREPAID ☐   COLLECT ☐   $ ____

TOTAL CHARGES $ ____

FREIGHT CHARGES   FREIGHT PREPAID except when box at right is checked ☑   Check box if charges are to be collect

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all of any portion of said route to

destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment. Shipper hereby certifies that he is familiar with all the lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | Nyatex Chemical Comapany | CARRIER | AGD  Quien Bruce |
|---|---|---|---|
| PER | | PER | AGD Von 16 |
| | | DATE | 03/19/2018   3-19-2018 |

Permanant post-office address of shipper.

# **EXHIBIT C**



# Invoice

P.O. Box 124
2112 Industrial
Howell, MI 48843

| Date | Invoice # |
|------|-----------|
| 4/9/2018 | 32977 |

| Bill To |
|---------|
| Eteron Inc.<br>23944 Freeway Park Drive<br>Farmington, MI 48335 |

| Ship To |
|---------|
| Eteron Inc.<br>23944 Freeway Park Drive<br>Farmington, MI 48335 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| Verbal | 2%/NET20 | | 4/9/2018 | AGD | Howell, MI | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | 20F1680-B<br>Lot Number(s)<br>038-28-58 | Black Flock Adhesive, ( 54 Gal. Drums), sale unit: Gallon | | 3,585.60<br>0.00 |

| | Total | $3,585.60 |
|--|-------|-----------|

ATTENTION SHIPPERS! FREIGHT CHARGES ARE PREPAID ON THIS BILL OF LADING UNLESS MARKED COLLECT.

# STRAIGHT BILL OF LADING

ORIGINAL - NOT NEGOTIABLE

Generated from DGIS Forms by Labelmaster using 49 CFR

Shipper No. 32977

Carrier No. _____

Page 1 of 1 _____

AGD

(Name of carrier)        ( SCAC )

Date 04/09/2018

On Collect-on-Delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in item 430, Sec. 1.

**TO:**

Consignee  Eteron

Street  23944 Freeway Park Drive

City, State, Zip Code  Farmington, MI, 48335, U.S.A.

**FROM:**

Shipper  Nyatex Chemical Comapany

Street  2112 Industrial

City, State, Zip Code  Howell, MI, 48843, U.S.A.

Emergency Contact Name  Nyatex Chemical Company

24 hr. Emergency Contact Tel. No.  (800)535-5053

| No. of Units & Container Type | HM | BASIC DESCRIPTION<br>UN or NA Number, Proper Shipping Name, Hazard Class, Packing Group | TOTAL QUANTITY<br>(Weight, Volume, Gallons, etc.) | WEIGHT<br>(Subject to Correction) | RATE | CHARGES<br>(For Carrier Use Only) |
|---|---|---|---|---|---|---|
| | | Route | | | Vehicle Number | |
| 2 Drum | | Compound Adhesive, NOI, Liquid | 108 gal | 990lbs | 60 | |
| 1 Pallet | | Containing 2 Drums | | 58 lbs | | |
| | | Total Weight Including Pallets | | 1048 lbs | | |

PLACARDS TENDERED:        YES        NO  X

REMIT C.O.D.
TO: ADDRESS

Note - (1) Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property, as follows: "The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____.

(2) Where the applicable tariff provisions specify a limitation of the carrier's liability absent a release or a value declaration by the shipper and the shipper does not release the carrier's liability or declare a value, the carrier's liability shall be limited to the extent provided by such provisions. See NMFC Item 172.

(3) Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to assure safe transportation. See Section 2(e) of item 360, Bills of Lading, Freight Bills and Statements of Charges and Section 1(a) of the Contract Terms and Conditions for a list of such articles.

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

_____ Signature

COD  Amt: $

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

| C.O.D FEE: | |
|---|---|
| PREPAID | $ |
| COLLECT | |

TOTAL CHARGES $

FREIGHT CHARGES
FREIGHT PREPAID except when box at right is checked  ☑  Check box if charges are to be collect

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all of any portion of said route to

destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment. Shipper hereby certifies that he is familiar with all the lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | Nyatex Chemical Comapany | CARRIER | AGD | |
|---|---|---|---|---|
| PER | | PER | | |
| | | DATE | 04/09/2018 | |

Permanent post-office address of shipper.

# **EXHIBIT 1**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Eteron, Inc.,

Debtor.

Chapter 11
Case No.18-45161-pjs
Hon. Phillip J. Shefferly

_____/

## ORDER GRANTING NYATEX CHEMICAL COMPANY'S MOTION FOR ALLOWANCE AND PAYMENT OF ITS 11 U.S.C. § 503(b)(9) CLAIM

This matter is before the Court upon Nyatex Chemical Company's Motion for Allowance and Payment of its 11 U.S.C. § 503(b)(9) Claim [Doc. No. ___]. The Court has considered the Motion and finds that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that notice of the Motion was sufficient. The Court finds good cause for entry of this Order and is otherwise fully advised in the premises:

NOW, THEREFORE,

IT IS HEREBY ORDERED as follows:

1.     The Motion is granted.

2.     Nyatex Chemical Company is entitled to an administrative expense claim pursuant to 11 U.S.C. § 503(b)(9) in the amount of $38,435.04, which shall be paid by the Debtor within 7 business days of the date of entry of this Order.

# EXHIBIT 2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Eteron, Inc.,

    Debtor.

_____/

Chapter 11
Case No.18-45161-pjs
Hon. Phillip J. Shefferly

## NOTICE OF OPPORTUNITY TO RESPOND OR REQUEST HEARING ON NYATEX CHEMICAL COMPANY'S MOTION FOR ALLOWANCE AND PAYMENT OF ITS 11 U.S.C. § 503(b)(9) CLAIM

Please take notice that Nyatex Chemical Company, through its attorneys, Maddin, Hauser, Roth & Heller, P.C. has filed its Motion for Allowance and Payment of Its 11 U.S.C. § 503(b)(9) Claim (the Motion").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the relief sought in the Motion, or if you want the court to consider your view on the Motion, within 14 days you or your attorney must:

Electronically file with the court a written response or an answer explaining your position. This response or answer must comply with LBR 9014-1. You may find more information regarding electronic filing at the Court's website, www.mieb.uscourts.gov, or by visiting the office of the Clerk of the Court, United States Bankruptcy Court, 211 W. Fort Street, Ste. 2100, Detroit, Michigan 48226.

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. The address for mailing is:

    Clerk of the Court
    United States Bankruptcy Court
    211 W. Fort St., Ste. 2100
    Detroit, Michigan 48226

You must also serve a copy on:

    Julie Beth Teicher, Esq.
    Maddin Hauser, Roth & Heller, P.C
    28400 Northwestern Hwy., 2nd Floor
    Southfield MI 48034
    jteicher@maddinhauser.com

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

    Respectfully submitted,

    MADDIN, HAUSER, ROTH & HELLER, P.C.

    */s/ Julie Beth Teicher*
    JULIE BETH TEICHER (P34300)
    Attorneys for Nyatex, LLC
    28400 Northwestern Hwy, 2nd Floor
    Southfield, MI 48034
    (248) 354-4030
    jteicher@maddinhauser.com

DATED: August 2, 2018

# EXHIBIT 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Eteron, Inc.,

    Debtor.

_____/

Chapter 11
Case No.18-45161-pjs
Hon. Phillip J. Shefferly

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on August 2, 2018, Nyatex Chemical Company's Motion for Allowance and Payment of Its 11 U.S.C. § 503(b)(9) Claim (the Motion"), Notice of Opportunity to Respond or Request Hearing on Motion and Certificate of Service were electronically filed with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division using the CM/ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

In addition, a copy of the Notice of Opportunity to Respond or Request Hearing on Motion was served on all parties listed on Debtor's mailing matrix downloaded from the Court's ECF website (copy attached) by first class mail.

Respectfully submitted,
MADDIN, HAUSER, ROTH & HELLER, P.C.

*/s/ Julie Beth Teicher*
JULIE BETH TEICHER (P34300)
Attorneys for Nyatex, LLC
28400 Northwestern Hwy, 2nd Floor
Southfield, MI 48034
(248) 354-4030
jteicher@maddinhauser.com

DATED: August 2, 2018

2182516 v1/13698.0001

Label Matrix for local noticing
0645-2
Case 18-45161-pjs
Eastern District of Michigan
Detroit
Fri Jul 27 11:47:01 EDT 2018

AGD Trucking
4067 Kirkway Ct.
Howell, MI 48843-5508

Allied Conveyor Systems
PO Box 1054
Statham, GA 30666-0022

American Discount Heating and Cooling
29556 W. 9 Mile Rd.
Farmington, MI 48336

Amerigas Propane
460 N. Gulph Rd.
King of Prussia, PA 19406-2815

Bank of America
100 N. Tryon St.
Charlotte, NC 28202-4031

Barr Engineering Co.
3005 Boardwalk Dr.
Ann Arbor, MI 48108-5218

Bedrock Logistics
2501 N. Harwood St.
Ste. 2600
Dallas, TX 75201-1618

Bedrock Logistics
2501 N. Harwood St.
Suite 2600
Dallas TX 75201-1618

Brighthouse Networks
14525 Farmington Rd.
Livonia, MI 48154-5432

CZ Cartage
48735 Grand Rivier Ave.
Novi, MI 48374-1247

Kevin C. Calhoun
Calhoun & Di Ponio, PLC
29828 Telegraph Rd.
Southfield, MI 48034-1338

Cellusuede
1515 Elmwood Rd.
Rockford, IL 61103-1213

City of Farmington Hills
31555 W. 11 Mile Rd.
Farmington Hills, MI 48336-1165

Kimberly Ross Clayson
Clayson, Schneider & Miller P.C.
645 Griswold
Suite 3900
Detroit, MI 48226-4251

Consumers Energy
PO Box 850309
Cincinnati, OH 45274-0001

DTE Energy Legal Department
WCB 688
One Energy Plaza
Detroit, MI 48226-1221

Dan Hayden Sales Agency
28475 Greenfield Rd., Ste. 216
Southfield, MI 48076-3034

Dan Hayden Sales Agency, Inc.
28475 Greenfield Rd.
Southfield, MI 48076-3034

Ethan D. Dunn
Maxwell Dunn, PLC
24725 W. 12 Mile Rd.
Suite 306
Southfield, MI 48034-8300

Elizabeth L. Martin
1221 Bowers St.
#1448
Birmingham, MI 48012-7056

Kevin Erskine
211 W. Fort Street
Suite 2001
Detroit, MI 48226-3220

Eteron, Inc.
23944 Freeway Park Dr.
Farmington, MI 48335-2816

Express Services, Inc.
9701 Boardwalk Blvd.
Oklahoma City, OK 73162-6029

Ferrellgas Inc
One Liberty Plaza MD 40
Liberty, MO 64068-2971

Deborah L. Fish
1001 Woodward Ave.
Suite 850
Detroit, MI 48226-1904

Flock Tex, Inc.
200 Founders Dr.
Woonsocket, RI 02895-6193

Grainger
100 Grainger Pkwy.
Lake Forest, IL 60045-5202

Hugh K. Leonard
5159 Lakeshore Dr.
Fort Gratiot, MI 48059-3114

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

JVIS USA LLC
52048 Shelby Pkwy
Utica, MI 48315-1787

Richard E. Kruger
27777 Franklin Road
Suite 2500
Southfield, MI 48034-8222

David A. Lerner
38505 Woodward Ave.
Suite 2000
Bloomfield Hills, MI 48304-5096

MAC II Enterprises
2959 Nebraska Ave.
Toledo, OH 43607-3124

William H. Malek
Michigan Business Advisors
2900 Union Lake Road
Ste. 213
Commerce Twp., MI 48382-3526

Michigan Department of Treasury
Collection Division
PO Box 30199
Lansing, MI 48909-7699

Michigan Dept. of Enviromental Quality
c/o MI Dept. of Attorney General
Environment, Natural Resources &
Agricultural Division
Lansing, MI 48909

Michigan Fire Sprinkler
26109 Grand River.
Redford, MI 48240-1442

Michigan Staffing, LLC
Eva M. Welsher
29400 Van Dyke, Suite 308
Warren, MI 48093-2320

Michigan Testing Institute, Inc.
44249 Phoenix Dr.
Sterling Heights, MI 48314-1466

NJT Enterprises
42400 Merrill Rd.
Sterling Heights, MI 48314-3238

Nyatex
2112 Industrial Dr.
Howell, MI 48843-2406

Nyatex Chemical Company
c/o Julie Beth Teicher, Esq.
Maddin Hauser Roth & Heller, PC
28400 Northwestern Hwy., 2nd FLoor
Southfield, MI 48034-1839

OAKLAND COUNTY TREASURER
1200 N TELEGRAPH
DEPT 479
PONTIAC
MI 48341-0479

Oakland County Treasurer
1200 N. Telegraph Road
Pontiac, Mi 48341-0479

Old National Bank
c/o David A. Lerner, Esq.
Plunkett Cooney
38505 Woodward Ave
Suite 100
Bloomfield Hills, MI 48304-5096

Old National Bank
USFC 63
2723 S. State St.
Ann Arbor, MI 48104-6188

Old National Bank
c/o David A Lerner
Plunkett Cooney
38505 Woodward Ave - Ste 100
Bloomfield Hills, MI 48304-5096

PIC Group, LLC
c/o Dennis Loughlin, Esq.
Warner Norcross & Judd LLP
2000 Town Center, Suite 2700
Southfield, MI 48075-1318

Pall Filter Specialists
100 Anchor Rd.
Michigan City, IN 46360-2802

Progressive
P.O. Box 7247-0311
Philadelphia, PA 19170-0001

Research Drive Properties
33540 Schoolcraft Rd.
Livonia, MI 48150

Richard A. Roble (UST)
United States Trustee
211 West Fort Street
Suite 700
Detroit, MI 48226-3263

Royal Premium
30833 Northwestern Hwy
Ste. 220
Farmington, MI 48334-2582

Sakura Enterprises, LLC
11443 Maple Valley Dr.
Plymouth, MI 48170-6391

Service & Technical Associates
3150 Livernois Rd.
Troy, MI 48083-5031

State of Michigan
Department of Treasury
PO Box 30199
Lansing, MI 48909-7699

State of Michigan Attorney General
Cadillac Place, 10th Floor
3030 W. Grand Blvd.
Suite 10-200
Detroit, MI 48202-6030

Michelle Stephenson
26100 American Drive
Suite 500
Southfield, MI 48034-6184

Sterling Commercial Credit, LLC
c/o Richard Kruger, Esq.
Jaffe Raitt Heuer & Weiss, P.C.
27777 Franklin Rd., Ste. 2500
Southfield, MI 48034-8214

Sterling Commercial Credit-Michigan, LLC
10559 Citation Drive, Suite 204
Brighton, MI 48116-8398

Stevenson & Bullock, P.L.C.
Attn: Michelle M. Stephenson
26100 American Dr., Ste. 500
Southfield, MI 48034-6184

Julie Beth Teicher
Maddin, Hauser, Roth & Heller, P.C.
28400 Northwestern Highway
Second Floor
Southfield, MI 48034-1839

Sheryl L. Toby
39577 Woodward Avenue
Third Floor
Bloomfield Hills, MI 48304-5082

Try Hours, Inc.
3640 Briarfield Blvd.
Maumee, OH 43537-9505

U.S. Attorney's Office
211 W. Fort St.
Suite 2001
Detroit, MI 48226-3220

UPS Supply Chain Solutions
12380 Morris Rd.
Alpharetta, GA 30005-4177

United States of America (IRS)
United States Attorney
211 W. Fort Street
Suite 2001
Detroit, MI 48226-3220

VAS
12294 Highview Shores
Vicksburg, MI 49097-8352

W.W. Grainger, Inc.
401 South Wright Road W4E. C37
Janesville, WI 53546-8729

Waste Management of Michigan, Inc
2625 W Grandview Rd Ste 150
Phoenix, AZ 85023-3109

Waste Management of Michigan, Inc.
dba Waste Management
48797 Alpha Drive, Suite 100
Wixom, MI 48393-3452

Matthew Wilkins
401 S. Old Woodward Ave.
Suite 400
Birmingham, MI 48009-6613

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Chrysler Interior Products
134 River Road
Ontario, CA

(u)Cpk Interior Products, Inc.

(d)Dan Hayden Sales Agency
28475 Greenfield Rd.
Ste. 216
Southfield, MI 48076-3034

(u)Delphi Automotive Systems, LLC

(u)Maxwell Dunn, PLC

(u)Daniel H. McDermott

(u)NJT Enterprises, LLC

(u)Nyatex Chemical Company

(u)Sterling Commercial Credit

End of Label Matrix
Mailable recipients    72
Bypassed recipients     9
Total                  81